1 Jean E. Williams
Deputy Assistant Attorney General
2 United States Department of Justice
3 Environment and Natural Resources Division

4
R. Lee Leininger
5 Colorado Bar No. 23636
Trial Attorney, U.S. Department of Justice
6 Environment and Natural Resources Division
7 Natural Resources Section
999 18th Street, South Terrace, Suite 370
8 Denver, CO 80202
9 Phone: (303) 844-1364
Fax: (303) 844-1350
10 lee.leininger@usdoj.gov

11
*Counsel for Defendants*
12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Save the Colorado; Living Rivers; and Center for Biological Diversity,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. Department of the Interior; and David Bernhardt, in his official capacity as Secretary of the Interior,<br><br>Defendants. | No. 3:19-cv-08285-MTL<br><br>**NOTICE OF APPEARANCE** |

Pursuant to Local Civil Rule 83.1(b)(1), attorney Lee Leininger enters his appearance as lead counsel on behalf of Defendants U.S. Department of the Interior and David Bernhardt. Mr. Leininger's contact information is as follows:

R. Lee Leininger

U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1364; Fax: (303) 844-1350
lee.leininger@usdoj.gov

The undersigned hereby certifies that he is admitted to practice in this Court pursuant to Local Civil Rule 83.1(b) and that he is registered in the Court's Electronic Case Filing system.

Respectfully submitted this 5th day of December, 2019.

                              JEAN E. WILLIAMS
                              Deputy Assistant Attorney General
                              Environment & Natural Resources Division

                               **/s/ R. Lee Leininger**
                              R. LEE LEININGER, Trial Attorney
                              Colorado Bar No. 23636
                              United States Department of Justice
                              Environment & Natural Resources Division
                              999 18th St., South Terrace, Suite 370
                              Denver, CO 80202
                              Tel: (303) 844-1364
                              Fax: (303) 844-1350
                              lee.leininger@usdoj.gov

                              *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December 2019, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

                        **/s/ R. Lee Leininger**
                        R. Lee Leininger
                        Trial Attorney