# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Colorado, et al., | No. CV-19-08285-PCT-MTL |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| United States Department of the Interior, et al., | |
| Defendants. | |

In light of the Joint Proposed Case Management Report (Doc. 17) and the Scheduling Conference held before this Court on January 22, 2020 (Doc. 24),

**IT IS ORDERED** that the parties comply with the following deadlines:

(1) By April 3, 2020, Defendants shall lodge their Index of the Certified Administrative Record with the Court and serve the contents of the Administrative Record upon Plaintiffs;

(2) By May 15, 2020, Plaintiffs shall file any desired motion (a) challenging the completeness of the administrative record; (b) for leave to supplement the record, identifying any extra-record evidence on which they intend to rely on their Motion for Summary Judgment for their claims under 5 U.S.C. § 706(2); and/or (c) for leave to take discovery.

(3) The parties shall submit a supplemental joint proposed case management schedule, to include a proposed briefing schedule for summary judgment motions, by either (a) May 29, 2020, if Plaintiffs do not file a motion described in paragraph 2; or

(b) should Plaintiff file a motion(s) pursuant to paragraph 2, within 14 days of the Court's resolution of the motion(s).

**IT IS FURTHER ORDERED** that Intervenor Colorado River Energy Distributors Association shall have an additional 3 days for filings for the limited purpose of avoiding duplication with the government Defendants.

Dated this 22nd day of January, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge