**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Colorado, et al., | No. CV-19-08285-PCT-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of the Interior, et al., | |
| Defendants. | |

This case involves important issues concerning administrative law, water distribution and the environment.  Clarity in the briefing is critical to the Court's ability to effectively adjudicate this case.  To that end, the Court strongly urges the parties to limit the use of acronyms.  Common acronyms such as APA for the Administrative Procedure Act may be used.  However acronyms used primarily among specialists within a field or invented for the purpose of litigation distract from the briefing and should be avoided to the extent feasible.  For example, Long-Term Experimental and Management Plan could be abbreviated "the Long-Term Plan" rather than "LTEMP."

When abbreviations are necessary, the Court finds it helpful for the parties to define those abbreviations in a single place.

**Accordingly,**

**IT IS ORDERED** discouraging, to the extent feasible, the use of uncommon acronyms in motions and briefs.

**IT IS FURTHER ORDERED** that all motions and briefs containing

abbreviations, including acronyms, must provide a glossary defining each such abbreviation.  Abbreviations that are widely and commonly used need not be defined. The glossary shall not count against the page limit.

Dated this 29th day of May, 2020.

Michael T. Liburdi
United States District Judge