Arianne Singer, NM Bar#10584 (*Admitted pro hac vice*)
General Counsel and Special Assistant Attorney General
407 Galisteo Street, Suite 101
P.O. Box 25102
Santa Fe, NM  87504-5102
arianne.singer@state.nm.us
Telephone: (505) 469-3850
Facsimile: (505) 827-6188

*Attorney for State of New Mexico*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Colorado; Living Rivers; and Center for Biological Diversity,<br><br>    Plaintiffs,<br>vs.<br><br>U.S. Department of Interior and Debra Haaland, in her official capacity as Secretary of the Interior[1]<br><br>    Defendants. | No. 3:19-CV-08285-MTL<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please be advised that by this pleading, ARIANNE SINGER, (*Admitted pro hac vice),* 407 Galisteo Street, Suite 101, P.O. Box 25102, Santa Fe, New Mexico 87504-5102, hereby enters her appearance in this action on behalf of the State of New Mexico.

---

[1] Secretary Haaland is substituted for David Bernhardt pursuant to Fed. R. Civ. P. 25(d).

Respectfully submitted,

_____
Arianne Singer, *Admitted pro hac vice*
General Counsel and Special Assistant Attorney General
407 Galisteo Street, Suite 101
P.O. Box 25102
Santa Fe, New Mexico 87504-5102
arianne.singer@state.nm.us
Telephone: (505) 469-3850
Facsimile: (505) 827-6188

*Attorney for State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, I electronically transmitted the Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all participants of the CM/ECF System registrants in this action.

/s/  Arianne Singer