Robert S. Lynch, AZ Bar # 001638
rslynch@rslynchaty.com
Caroline G. Lynch, AZ Bar # 022572
caroline@copperhillstrategies.com
ROBERT S. LYNCH & ASSOCIATES
340 E. Palm Lane, Suite 140
Phoenix, AZ  85004-4603
Telephone:  (602) 254-5908
Fax:  (602) 257-9542

*Attorneys for Intervenor, Defendant and Cross-Claimant*
*Irrigation & Electrical Districts' Association of Arizona*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Save the Colorado; Living Rivers; and Center for Biological Diversity,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States Department of Interior and David Bernhardt, in his official capacity as Secretary of the Interior,<br><br>    Defendants. | Case No. 3:19-cv-08285-MTL<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please be advised that by this pleading, CAROLINE G. LYNCH, 340 E. Palm Lane, Suite 140, Phoenix, Arizona 85004-4603, hereby enters her appearance in this action on behalf of Intervenor, Defendant and Cross-Claimant Irrigation & Electrical Districts' Association of Arizona ("IEDA").

RESPECTFULLY SUBMITTED May 5, 2021.

s/Caroline G. Lynch
ROBERT S. LYNCH & ASSOCIATES
340 E. Palm Lane, Suite 140
Phoenix, AZ  85004-4603
Telephone:  (602) 254-5908
Fax:  (602) 257-9542

*Attorneys for Intervenor, Defendant and Cross-Claimant Irrigation & Electrical Districts' Association of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2021, I electronically transmitted the Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all participants of the CM/ECF System registrants in this action.

s/Caroline G. Lynch