Thomas Buchele, OSB # 081560 (*Admitted pro hac vice*)
James Saul, OSB # 152809 (*Admitted pro hac vice*)
Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
Buchele: (503) 768-6736
Saul: (503) 768-6929
tbuchele@lclark.edu
jsaul@lclark.edu

*Attorneys for Plaintiffs Save the Colorado,
Living Rivers, and Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Colorado; Living Rivers; and Center for Biological Diversity,<br><br>Plaintiffs,<br><br>vs.<br><br>United States Department of the Interior; and David Bernhardt, Secretary of the Interior,<br><br>Defendants. | No. CV-19-08285-PCT-MTL<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY AND RENEWED MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs hereby withdraw their Motion for Leave to Take Limited Discovery and Renewed Motion to Supplement the Administrative Record (Dkt. #55).

Dated: October 21, 2021.

s/ James N. Saul
*Attorney for Plaintiffs*